```
KATIE NICOLE FORTENBERRY         GOLDMAN SACHS BANK
74 STEPHENS CEMETERY RD          ATTN: BANKRUPTCY
SILVER CREEK, MS 39663           PO BOX 70379
                                 PHILADELPHIA, PA 19176


THOMAS C. ROLLINS, JR.           SOUTHWEST MS REGIONAL
THE ROLLINS LAW FIRM, PLLC       212 3RD ST
P.O. BOX 13767                   MCCOMB, MS 39648
JACKSON, MS 39236


AIDVANTAGE                       SYNCHRONY BANK
PO BOX 300001                    ATTN: BANKRUPTCY
GREENVILLE, TX 75403             PO BOX 965064
                                 ORLANDO, FL 32896


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


CITIBANK
PO BOX 790046
ST LOUIS, MO 63179


COMENITY
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


FERGUS FCU
1026 E BROAD ST
MONTICELLO, MS 39654
```