Certificate Number: 17082-MSS-DE-040446973

Bankruptcy Case Number: 25-51916



17082-MSS-DE-040446973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2025, at 8:26 o'clock PM MST, KATIE N FORTENBERRY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 26, 2025                By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director